Case No. 1:23-mj-249
Assigned To: Magistrate Judge Zia M. Faruqui
Date Assigned: 9/8//2023
Description: Complaint with Arrest Warrant

# STATEMENT OF FACTS

On Friday, September 8, 2023, at approximately 0600 hours, agents from the Federal Bureau of Investigation ("FBI") and investigators from the Metropolitan Police Department ("MPD") executed a federal search warrant issued by the Honorable Zia M. Faruqui, Magistrate Judge for the U.S. District Court for the District of Columbia, at XXXX 30th Street, SE, Apt. XXXX, Washington, D.C. 20020, based on probable cause to believe that this was SHOEMAKER's residence. The residence consisted of four bedrooms and nine individuals were found inside, including SHOEMAKER.

In the residence, inside a back left bedroom, FBI agents discovered the following:

- a Glock .40 caliber pistol seized behind the bed inside of a Louis Vuitton bag;
- one box of 20 count "Fort Scott Munitions" 40 S&W TUI ammunition on a shelf inside the bedroom closet; and
- one 9mm ammunition drum in the bedroom closet.

The Glock pistol had an obliterated serial number and was equipped with an extended magazine containing 24 rounds of ammunition with 1 in the chamber. The Glock additionally was equipped with what your affiant suspects from training and experience to be a machinegun conversion device, also known as a "giggle switch" or a "Glock switch," designed and intended to convert the pistol into a weapon which shot, and was designed to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger.

On or about September 8, 2023, your affiant spoke with SHOEMAKER's probation officer who informed your affiant that, on or about, October of 2022, SHOEMAKER identified the bedroom containing the Louis Vuitton bag and the firearm as his bedroom.

Your affiant asked a female occupant (individual 1) and another female occupant (individual 2) who lived in the bedroom and individual 2 said that it was her bedroom. Your affiant then asked if the gun belonged to individual 2 and she said it did not. Your affiant then asked individual 1 in sum and substance who the gun belonged to and if individual 2 was responsible for the firearm after which SHOEMAKER spontaneously uttered words to the effect of, "IT'S MY GUN."

Your affiant mirandized individual 2and she stated in sum and substance that she dated SHOEMAKER for 3 years and that he stayed in her bedroom. She further stated that the Louis Vuitton bag belonged to SHOEMAKER and that he brought it into their room.

Your affiant has previously viewed an Instagram post on SHOEMAKER's account wherein he is seen wearing a Louis Vuitton bag similar to the bag containing the seized firearm.



    Your affiant is aware that SHOEMAKER has previously displayed or touted switches on social media.  For example, on or about July 26, 2023, Tarrell SHOEMAKER ("SHOEMAKER")

2

was observed by law enforcement on an Instagram Live on SHOEMAKER's known Instagram account, "glock1up_", displaying a firearm appeared to be affixed with a switch.



On or about September 8, 2023, your affiant reviewed a YouTube music video titled "DesignerOTG x Glock - Steppin' 4 Wop (Official Video) Shot By. @Lee_Diddy" ,wherein SHOEMAKER is heard singing the lines, "We get f**cked up, we go back to bracin sh*t. Ride behind them t**s with that switch tryna space some sh*t." Your affiant knows the term "switch" used in the lyrics to mean a converter device which is utilized to make a Glock firearm fully automatic.

Your affiant reviewed the Instagram Live video from July 26, 2023, and the firearm seized on September 8, 2023, and believed that they are the same firearm based on the unique aftermarket pistol grip.

3



SHOEMAKER was previously convicted of Carrying Concealed Weapon (Wear, Carry and Transport Handgun on Person) in Maryland Court case number MD-11494522011, and, in March 4, 2022, was sentenced to 3 years' incarceration with all but 228 days suspended. Therefore, SHOEMAKER would have been aware at the time of his arrest in this case that he had a prior conviction for a crime punishable by more than one year. SHOEMAKER is currently on probation for that matter.

There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearms and ammunition in this case would have traveled in interstate commerce prior to being recovered in the District of Columbia.

Based on the foregoing, your affiant submits that there is probable cause to believe that Shoemaker violated 18 U.S.C. § 922(g)(1), which makes it a crime for any person who has been convicted in a court of a crime punishable by imprisonment for a term exceeding one year to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce, and 18 U.S.C. § 922(o), which makes it a crime to knowingly possess a machinegun.

*Nicole Ewing*

———————————————————
Nicole Ewing, Special Agent
Federal Bureau of Investigation

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 8th day of September 2023.*

_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE